UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. ENNIS, | Case No. CV 12-5539-CJC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| TIM V. VIRGA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 21, 2013

HON. CORMAC J. CARNEY
United States District Judge