UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. ENNIS,<br><br>   Petitioner,<br><br>  v.<br><br>TIM V. VIRGA, Warden,<br><br>   Respondent. | Case No. CV 12-5539-CJC (DFM)<br><br>ORDER DENYING A CERTIFICATE OF APPEALABILITY |

  Effective December 1, 2009, Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts was amended to read as follows:

> (a) Certificate of Appealability. The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue. If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a

certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to reconsider a denial does not extend the time to appeal.

  (b) Time to Appeal. Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules. A timely notice of appeal must be filed even if the district court issues a certificate of appealability.

Under 28 U.S.C. § 2253(c)(2), a Certificate of Appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that this standard means a showing that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." Slack v. McDaniel, 529 U.S. 473, 483-84 (2000) (internal quotation marks omitted).

Here, after considering the Petitioner's application for a certificate of appealability as well as Petitioner's objections to the Report and Recommendation, the Court finds and concludes that Petitioner has not made the requisite showing with respect to the claims alleged in the Petition.

Accordingly, a Certificate of Appealability is denied in this case.

Dated: November 21, 2013

            HON. CORMAC J. CARNEY
            United States District Judge

Presented By:

DOUGLAS F. McCORMICK
United States Magistrate Judge

2